IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN R. DEMOS,

    Plaintiff,

v.                                  Civil Action No. 3:13CV02

U.S. SECRETARY OF DEFENSE,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 29, 2013, the Court denied John R. Demos's motion for leave to proceed in forma pauperis and ordered him to pay the full filing fee of $350.00 within eleven days of the entry thereof. On May 14, 2013, the United States Postal Service returned the Memorandum Order to the Court marked, "RETURNED TO SENDER," "NOT AT CBCC," and "FORWARDING ORDER EXPIRED." Since that date, Demos has not contacted the Court to provide a current address. Demos's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Demos.

                                      /s/

                                    Robert E. Payne
Date: September 3, 2013      Senior United States District Judge
Richmond, Virginia